UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) No. 09 CR 565 |
| | ) |
| CASANDRA WALLS, | ) Judge Elaine E. Bucklo |
| JERMAINE JONES, and | ) |
| DEEDRA MASSEY | ) |

## AGREED PROTECTIVE ORDER

Upon the government's motion for a protect order pursuant to Federal Rule of Criminal Procedure 16(d)(1), it is hereby ordered as follows:

1. Upon the conclusion of this case, the defendants and their counsel shall return to the government, or otherwise destroy, without retaining any copies, all records, reports, statements, and other materials provided or made available to them in connection with this case.

2. The defendants and their counsel shall use the records, reports, statements, and other materials the government provides them solely in connection with this case and for no other proceeding.

3. The defendants and their counsel shall make no disclosure of the records, reports, statements, and other materials the government provides them, or the contents thereof, including personal identification information, financial information, and other sensitive information, to any other person or entity, except as defendants' counsel reasonably deems necessary to prepare a defense or this Court authorizes.

ENTER:

*[signature: Elaine E. Bucklo]*

Elaine E. Bucklo
United States District Judge

Dated: 9/4/09